In re FARLEY, State Com'r of Excise. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of William W. Farley, as State Commissioner of Excise, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. For opinion below, see, 84 Misc. Rep. 594, 147 N. Y. Supp. 859.

In re FARLEY, State Com'r of Excise. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16468, issued to John W. Sage, and transferred to T. A. Jones and another, etc. No opinion. Judgment affirmed, with costs.

FARLEY, State Com'r of Excise, Appellant, v. MONSEES et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by William W. Farley, as State Commissioner of Excise, etc., against John Monsees and others. C. R. O'Connor, of Hobart, for appellant. L. W. Harburger, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

FARRINGTON et al. v. AMERICAN MORTGAGE CO. et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Marie Farrington and others against the American Mortgage Company, impleaded with others. No opinion. Motion granted. Order filed.

FEINCON v. FRIEDLANDER et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Charles Feincon against Max Friedlander and Max Miller. No opinion. Judgment and order of the County Court of Westchester County affirmed, with costs.

In re FIELD et al. (Supreme Court, Appellate Division, First Department. February, 1914.) In the matter of Samuel S. Field and others. No opinion. Objections overruled, and report confirmed. Order to be settled on notice. See, also, 151 App. Div. 931, 136 N. Y. Supp. 186.

FISK, Respondent, v. HOLDING, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Jane E. Fisk against Claude J. Holding. No opinion. Appeal dismissed, without costs.

FLETI, Appellant, v. FLETI, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Ovidio Fleti against Louise F. L. Fleti.

PER CURIAM. Order reversed, without costs, upon the ground that such an order as was entered by this court at Special Term could only be made in the action of Louise F. L. Fleti against Ovidio Fleti, and not in this action. The proceedings should be remitted to the Special Term to pass upon and determine the motion made by defendant in this action.

PUTNAM, J., not voting.

FOLAND, Appellant, v. GOULD, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Russell Foland, suing etc., against George J. Gould, impleaded with others. G. S. Daniels, of New York City, for appellant. R. B. Knowles, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 148 N. Y. Supp. 1115.

FOLAND v. GOULD et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Russell Foland, suing, etc., against George J. Gould and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1115.

In re FOLEY. (Supreme Court, Appellate Division, Second Department. June 11, 1914.) In the matter of the application of Charles Foley, attorney, etc., for an order fixing compensation in the Matter of the Estate of Margaret Kane, deceased. No opinion. Motion for stay denied, without costs. See, also, 147 N. Y. Supp. 1112.

FORMAN, Appellant, v. MALLOY, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Alexander A. Forman, Jr., against Thomas Malloy.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on account of the failure to prove the judgment roll in the Birdsall v. Baird foreclosure proceedings, as a foundation for the referee's deed. As to plaintiff and third persons, the recitals in a deed by the referee in foreclosure cannot establish the judicial proceedings, so that without the judgment roll the referee's deed was unsupported, and did not pass the Baird title. Townshend v. Wesson, 4 Duer, 342; Platt v. Picton, 3 Robertson, 64; 3 Phillips on Evidence (Ed. 1868) 614.

FOX, Appellant, v. BALTIMORE & O. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Stephen K. Fox against the Baltimore & Ohio Railroad Company. H. E. White, of New York City, for appellant. J. P. Cohen, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FRABONI, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Ernesto Fraboni,